USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2023

**Memorandum Endorsement**

*Gochenour v. United States of America*

7:20-cv-4607

The Court has reviewed the parties' respective filings in support of their attached respective motions for partial summary judgment (ECF Nos. 43 and 45). It is the Court's understanding that there has been confusion regarding the filing dates and filing of service of certain papers in support of the parties' motions, including Rule 56.1 Statements and oppositions to these statements.

Thus, the Court DENIES without prejudice and with leave to renew the parties' respective motions for partial summary judgment, in order for the parties to properly file and serve these motions and a complete set of supporting papers, including Rule 56.1 Statements, in accordance with this District's Local Civil Rules and this Court's Individual Rules of Practice in Civil Cases.

Accordingly, the parties are granted leave to file their respective motions for summary judgment and supporting papers on or before March 31, 2023. The Clerk of the Court is kindly directed to terminate the motions at ECF Nos. 43 and 45.

Dated: March 1, 2023
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VICKI SUE GOCHENOUR, as Executrix of
the Estate of GUY GOCHENOUR, deceased,
and VICKI SUE GOCHENOUR, individually,

                Plaintiffs,

      v.

UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------------------ x

20 Civ. 4607 (NSR)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of the United States of America's Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment; (2) Declaration of Jennifer Jude, dated May 9, 2022, and the exhibits annexed thereto; (3) Declaration of Dr. Mark Schattner, dated May 7, 2022, and the exhibit annexed thereto; and (4) the United States of America's Statement of Material Undisputed Facts, and Response to Plaintiffs' Statement of Material Undisputed Facts, Pursuant to Local Civil Rule 56.1, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court for an order granting the United States' motion for partial summary judgment and denying Plaintiffs' motion for partial summary judgment.

Dated:  New York, New York
        May 9, 2022

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York
                              *Attorney for Defendant United States of America*

By:   */s/ Jennifer Jude*
      JENNIFER JUDE
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York  10007
      Telephone:  (212) 637-2663
      Facsimile:   (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No.: 7:20-CV-04607-NSR
VICKI SUE GOCHENOUR as Executrix of the
Estate of GUY GOCHENOUR, Deceased, and
VICKI SUE GOCHENOUR, Individually,

                Plaintiffs,   **NOTICE OF MOTION**
                   **FOR PARTIAL SUMMARY**
    -against-   **JUDGMENT**

UNITED STATES OF AMERICA,
                Defendant.
------------------------------------------------------------X

TO:    Jennifer Jude, Esq.
         Office of the United States Attorney
         Southern District of New York
         86 Chambers Street
         New York NY 10007
         T: (212) 637-2663
         F: (212) 637-2686
         jennifer.jude@usdoj.gov

**PLEASE TAKE NOTICE** that Plaintiffs Vicki Sue Gochenour as Executrix of the Estate of Guy Gochenour, Deceased, and Vicki Sue Gochenour, Individually, will move before the Honorable Nelson S. Román, United States District Judge, at The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, on a date to be set by the Court, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order and Judgment granting Plaintiffs partial summary judgment, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, and granting Plaintiffs such other and further relief as the Court deems just and proper.

Dated: April 7, 2022
       White Plains, New York

1

MEAGHER & MEAGHER, P.C.
*Attorneys for Plaintiffs*

By: _____

Keith J. Clarke, Esq. (KC1515)
111 Church Street
White Plains, New York 10601
T: (914) 328-8844
F: (914) 328-8570
lawoffice@meagherandmeagherpc.com

2