**MEMO ENDORSED**



**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

March 27, 2024

**VIA ECF & FAX**
The Honorable Nelson S. Román
United States District Judge
300 Quarropas Street
White Plains, NY 10601
Fax: 914-390-4177

      Re: *Gochenour, et al. v. United States of America*, 20 Civ. 4607 (NSR)

Dear Judge Román:

      I write respectfully on behalf of all parties in the above-referenced Federal Tort Claims Act medical malpractice case. On March 8, 2024, the Court issued its order resolving the parties' cross-motions for partial summary judgment. Dkt. No. 64. That order also directed the parties to appear for a pre-trial conference on April 18, 2024. *Id.* at 21. Furthermore, the parties understand that under Your Honor's Individual Rule 5(A), a proposed joint pretrial order ("JPTO") is due 30 days after the date of the summary judgment order, or by April 8, 2024.

      The parties have conferred and would like to attempt to settle this case before investing resources in preparing for trial. As such, the parties respectfully request a referral to the designated magistrate judge for a settlement conference and an adjournment of the proposed JPTO deadline and the April 18, 2024 conference until after a settlement conference has taken place.

      We thank the Court for its consideration of this submission.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

By:   */s/ Jennifer Jude*
      JENNIFER JUDE
      Assistant United States Attorney
      Tel: (212) 637-2663
      Email: jennifer.jude@usdoj.gov

cc: Counsel for the plaintiffs (by ECF)

**In light of settlement discussions, the Parties' joint request to adjourn the pre-trial teleconf. from Apr. 18, 2024 until July 2, 2024 at 10:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 75 for dial-in instructions. All deadlines for pre-trial submissions are STAYED until the pre-trial teleconf. The Clerk of the Court is directed to terminate the motion at ECF No. 67.**

**SO ORDERED:**

Dated: White Plains, NY
      March 29, 2024

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/29/2024