UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GOCHENOUR, et al.,

                              Plaintiff(s),              **ORDER**

              - against -                                20 Civ. 4607 (NSR)

UNITED STATES OF AMERICA,

                              Defendant(s).
-------------------------------------------------------------X

Nelson S. Román, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it

is

        ORDERED, that the above-entitled action be and hereby is discontinued, without

costs to either party, subject to reopening should the settlement not be consummated within forty-

five (45) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter

for purposes of enforcing any settlement agreement, they must submit the settlement agreement to

the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

        The Pretrial Teleconference scheduled for July 2, 2024 is hereby adjourned *sine

die*.


Dated:      White Plains, New York                  SO ORDERED.
            May 22, 2024

                                                    _____
                                                    Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2024